# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Michael Gooding,<br><br>  Plaintiff,<br><br>vs.<br><br>Equity Experts.Org, LLC.<br><br>  Defendant. | Case No.: 2:17-cv-12489-AJT-APP<br><br>Honorable Arthur J. Tarnow<br><br>Magistrate Judge David R. Grand |

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUITY EXPERTS. ORG, LLC

Plaintiff and Defendant, Equity Experts.Org, LLC., have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Equity Experts.Org, LLC., with prejudice, no later than September 31, 2020.

Respectfully submitted,

By: */s/ Gary D. Nitzkin*
GARY D. NITZKIN P41155
CARL SCHWARTZ P70335
MARK LAHTI P36656
Attorneys for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Email – gary@crlam.com

August 4, 2020

## **PROOF OF SERVICE**

  I, Gary D. Nitzkin, hereby state that on August 4, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

               */s/ Gary D. Nitzkin*