# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Michael Gooding,

    Plaintiff,

vs.

Equity Experts.Org, LLC.

    Defendant.

Case No.: 2:17-cv-12489-AJT-APP

Honorable Arthur J. Tarnow

Magistrate Judge Anthony P. Patti

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT EQUITYEXPERTS.ORG, LLC., WITH PREJUDICE AND WITHOUT COSTS OR FEES

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against EquityExperts.org, LLC, with prejudice and without attorney's fees or costs to either party.

Respectfully Submitted,

October 29, 2020

/s/ Gary Nitzkin
GARY D. NITZKIN (P41155)
CARL SCHWARTZ (P70335)
GARY HANSZ (P44956)
Attorneys for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Email – gary@crlam.com

          <u>/s/ Katrina M. DeMarte</u>
          Katrina M. DeMarte, Esq.
          DeMarte Law PLLC
          39555 Orchard Hill Place
          Ste 600/PMB 6378
          Novi, MI 48375
          Telephone: (313) 509-7047
          Email: Katrina@demartelaw.com
          *Attorney for Defendant,*
          *EquityExperts.org, LLC*

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Michael Gooding,

        Plaintiff,

vs.

Equity Experts.Org, LLC.

        Defendant.

Case No.: 2:17-cv-12489-AJT-APP

Honorable Arthur J. Tarnow

Magistrate Judge Anthony P. Patti

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT EQUITYEXPERTS.ORG, LLC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against EquityExperts.org, LLC, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate EquityExperts.org, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: November 4, 2020

s/Arthur J. Tarnow
Judge of United States District Court